# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

STEVEN BUFORD,                                    Case No. 24-CV-04399 (NEB/ECW)

        Plaintiff,

v.                                                ORDER ACCEPTING REPORT AND
                                                        RECOMMENDATION
VICTOR WANCHENA, ROBERT
VANDUSEN, JENNIFER GOERTS, THE
DEPARTMENT OF CORRECTIONS,
LIEUTENANT CHARD, AND CAPTAIN
RASMUSSEN,

        Defendants.

---

The Court has received the August 5, 2025 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. (ECF No. 49.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.    The Report and Recommendation (ECF No. 49) is ACCEPTED;

2.    Plaintiff's claim against Defendant "The Department of Corrections" is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction;

3.    Plaintiff's claims against Defendants Victor Wanchena, Robert Vandusen, Jennifer Goerts, Lieutenant Chard, and Captain Rasmussen in their official

capacity are DISMISSED WITHOUT PREJUDICE for lack of jurisdiction; and

4.  Plaintiff's claims against Defendants Lieutenant Chard and Captain Rasmussen in their individual capacity are DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2) for failure to state a claim.

Dated: October 7, 2025                      BY THE COURT:

                                            s/Nancy E. Brasel
                                            Nancy E. Brasel
                                            United States District Judge